IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )    CRIMINAL ACTION NO.
                            )       2:13cr17-MHT
EDGAR A. BICE               )          (WO)
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the government's motion for leave to dismiss indictment without prejudice (doc. no. 16) is granted and that the indictment in this cause (doc. no. 1) is dismissed without prejudice.

DONE, this the 6th day of August, 2013.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE